# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEDRICK LOCKRIDGE,<br><br>    Petitioner,<br><br>v.<br><br>DEBBIE ASUNCION, Warden,<br><br>    Respondent. | Case No. CV 16-8352 MRW<br><br>**JUDGMENT** |

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: June 12, 2017

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE